

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2019

No. 04-19-00551-CR

**IN RE** Carlos **ZUNIGA**

Original Mandamus Proceeding[1]

### ORDER

Sitting:    Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

On September 18, 2019, this court issued an opinion dismissing relator's petition for writ of mandamus for want of jurisdiction. The opinion was designated "Do not publish." On September 23, 2019, relator filed a pro se motion asking this court to reconsider its designation. However, it appeared relator misread our opinion because he argued the opinion should not be published. Because our September 18, 2019 opinion was designated "Do not publish," we denied relator's motion as moot in an order dated September 27, 2019.

On September 30, 2019, relator filed a pro se "Motion for Rehearing and Judicial Notice" in which he (1) asserts our September 18 opinion should not be designated as a "Memorandum Opinion," and (2) asks this court to rehear his original petition. Relator's motion is DENIED.

It is so **ORDERED** on October 4, 2019.

**PER CURIAM**

ATTESTED TO: _____
Luz Estrada
Chief Deputy Clerk

---

[1] This proceeding arises from a parole panel decision by the State of Texas Board of Pardons and Paroles.